UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 20-10934 ODW (MRW) | Date | February 22, 2021 |
|---|---|---|---|
| Title | Diaz v. Sherman | | |

| Present: | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| Veronica Piper | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys for Petitioner: | | Attorneys for Respondent: |
| n/a | | n/a |

Proceedings:   ORDER TO SHOW CAUSE RE: DISMISSAL

1.   In December 2020, the Attorney General moved to dismiss this habeas action as successive. (Docket # 5.) The Court issued an order requiring Petitioner to respond to the motion by January 15, 2021. (Docket # 6.) To date, Petitioner has not filed any response to the motion or the Court's order.

2.   Petitioner is ordered to show cause why the motion should not be granted for the grounds stated by the Attorney General and for Petitioner's failure to oppose the motion pursuant to Local Rule 7-12. Petitioner's response to the OSC <u>and</u> his substantive response to the motion are due by or before March 19, 2021.

**Petitioner is advised that the failure to respond to this order will lead the Court to conclude that the motion is unopposed under Local Rule 7-12, and the action will be dismissed on that basis and under Federal Rule of Civil Procedure 41 for failure to prosecute the action. <u>Applied Underwriters, Inc. v. Lichtenegger</u>, 913 F.3d 884 (9th Cir. 2019).**